CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 18 2009 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CV 09 - BROOKLYN 5223

-----------------------------------x

"MR. Prince Divine Messiah Muhammad"
Full name of plaintiff/prisoner ID# 701013

Plaintiff,

JURY TRIAL DEMAND
YES ✓   NO ____

MATSUMOTO, J.

BLOOM, M.J.

-against-

MR. Steve Rabinowitz, L.C.S.W.
MR. Richard Miraglia
The Commission on Quality Care

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

MHLS. Lawyers. Ext. 6580

Defendants.
-----------------------------------x

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment? Yes ( )  No (✓)

   B.   If your answer to A is yes, describe each lawsuit in the space below
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

              Plaintiffs:   _____
                            _____

              Defendants:   _____
                            _____

        2. Court (if federal court, name the district;
           if state court, name the county)
           _____

        3. Docket Number: _____

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: **600 EAST 125 ST. Kirby Psych Center**

   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (✓) No ( )

   C. If your answer is YES,

   1. What steps did you take? **i Told All The "Directors"**

   2. What was the result? **All The Directors Told Me i Have "No Rights" To Religious Services**

   D. If your answer is NO, explain why not _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓) No ( )

   F. If your answer is YES,

   1. What steps did you take? **i Told All The Directors THAT i Wanted To Attend "Black Muslim" "Services" Because i am a "Black Muslim"**

   2. What was the result? **They All Told Me THAT i Have "No Rights" To Attend "Black Muslim Services." They All Told Me THAT They don't Have "Black Muslim Services" in THis Hospital And THAT They Wasn't Gonna Have "Black Muslim Services!"**

III.   Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff **MR. PRINCE divine Messiah MuHammad**
Address **600 EAST 125 ST. Wards Island, N.Y. 10035**

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1   **MR. STeve Rabinowitz, L.C.S.W. Executive Director, 600 East 125 ST. Wards Island, N.Y. 10035**

Defendant No. 2   **MR. Richard Miraglia, Division of Forensic Services, 44 Holland Ave, Albany, N.Y. 12229**

Defendant No. 3   **The Commision on Quality Care (cqc) Albany**

Defendant No. 4   **MHLS. Lawyers Ext 6880**

Defendant No. 5   _____

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

The Facts of My Case is i Came To "Kirby" in 1994. From 1994 up until Now, i Been Asking all of The "Directors" in "Kirby" To Provide Me with "Black Muslim Services" Because i'm gonna "die" Soon an Because i Am a "Black Muslim"! all of The "Directors" Told Me That They don't Have "Black Muslim Services" Here an That They "Wasn't" gonna Have "Black Muslim Services" Here Because iT Wasn't My "Constitutional" "Right"!... i Been denied My "Constitutional" "Right" Every Since 1994!!... Thats Why i'm Sueing "Kirby" For "100,000,000,000 dollars. Please Help Me, Thank you!

IV. A  If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

My "injuries" is a "Broken Heart"!!..... The "Directors" Make Me "Cry"! All of The "Directors" "Was" an "Still is" "Racist!!.. The "Directors" Told Me That i Was "Never" gonna Have "Black" "Muslim Services Here!... So Far They Have Been Right Because i Haven't Had "Black Muslim" "Services yet!.. Please Help Me To "Sue" an Have "Black Muslim Services!!

4

V.  Relief:

State what relief you are seeking if you prevail on your complaint.

The Relief i'm seeKing is THe Sum of "100,000,000,000," "dollars".... And i WouId like "Black Muslim" "Services" HeId Here in THis "So-Call Hospital." As Soon As possible !!.. i'm gonna die Soon AN Before i "die" i Would like To go Too "Black Muslim" "Services !! pIease Help Me "Sue" An Help me go To "Black Muslim Services !"
                                            THank you!

I declare under penalty of perjury that on _____, I delivered this
                                              (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this __27__ day of __Oct__, 20_09_ I declare under penalty of

perjury that the foregoing is true and correct.

MR. Prince divine Messian MuHammad
Signature of Plaintiff

Kirby Psych Center
Name of Prison Facility

600 East 125 ST.
Wards island, N.Y.
10035. Apt #2-East
Address

70/0/3
Prisoner ID#

5